UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| WIN, Soe | ) | CASE NO. 09-15351-reg-7 |
| 4081 Hessen Cassel Road | ) | |
| Fort Wayne, IN 46806 | ) | |
| WIN, Naw Selmu | ) | |
| a/k/a Naw Sel Mu | ) | |
| 4081 Hessen Cassel Road | ) | |
| Fort Wayne, IN 46806 | ) | |
| Debtors | | |

## ORDER FOR ABANDONMENT OF REAL ESTATE AND FOR RELIEF FROM STAY

Comes now, U.S. Bank, N.A., ("Applicant"), by counsel, having filed its Application for Abandonment of Real Estate and for Relief From Stay and no objections to said application having been filed, now finds that said application should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the real estate located in Wells County, Indiana, more particularly described as follows:

**LOT NUMBERED THIRTY (30) AS KNOWN AND DESIGNATED ON THE RECORDED PLAT OF ARNOLD'S WEST ADDITION TO THE CITY OF BLUFFTON, INDIANA, BUT SUBJECT TO THE FORMER RIGHT OF WAY OF THE M.H.C. & FT. W. RAILWAY COMPANY.**

Commonly known **918 South Johnson Street, Bluffton, IN 46714** is hereby abandoned and the automatic stay is lifted as to said real estate so as to allow applicant to proceed with In Rem foreclosure action.

/s/ Robert E. Grant
**JUDGE, UNITED STATES BANKRUPTCY COURT**

DATE: June 10, 2010